IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY LEE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv834-MHT |
| | ) | (WO) |
| WALTON ENTERPRISES, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because he failed to follow the court's order after being warned that his case would be recommended for dismissal if he failed to do so.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of February, 2022.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**