IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE ROBERTS,       ) | |
|                               ) | |
|     Plaintiff,      ) | |
|                               ) | CIVIL ACTION NO. |
|   v.                       ) | 2:21cv834-MHT |
|                               ) | (WO) |
| WALTON ENTERPRISES,       ) | |
|                               ) | |
|     Defendant.      ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed. All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 28th day of February, 2022.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE